IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLES MILLER and**
**POLLY MILLER**                                                                **PLAINTIFFS**

v.                             No. 4:13-cv-191-DPM

**HOWMEDICA OSTEONICS**
**CORPORATION, a New Jersey**
**Corporation doing business as**
**Stryker Orthopaedics**                                                    **DEFENDANT**

## ORDER

Notice of related case, № 8, is moot.  Motions, № 9 & 10, denied as moot.

This case has already been transferred and stayed.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

 30 April 2013